**KING v. KOUCOULIOTES**

[335 N.C. 164 (1993)]

CECIL KING D/B/A TWIN REAL ESTATE COMPANY v. GEORGE
KOUCOULIOTES

No. 100PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an opinion of the Court of Appeals, 108 N.C. App. 751, 425 S.E.2d 462 (1993), finding no error in the judgment of Beal, J., entered 25 September 1991 in Superior Court, Mecklenburg County. Heard in the Supreme Court 14 October 1993.

*Newitt & Bruny, by John G. Newitt, Jr. and Todd A. Stewart, for plaintiff-appellant.*

*Eugene C. Hicks, III for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.